UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEE MCCULLOM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br><br>GREGORY J. AHORN, et al.,<br><br>　　　　Defendants. | Case No. 21-01524 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

　　Plaintiff, proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983 against Alameda County Sheriff Gregory J. Ahorn and Livermore Chief of Fire Department Jeremy Young. Dkt. No. 1. On July 14, 2021, the Court dismissed the complaint with leave to amend to attempt to correct several deficiencies in the pleading. Dkt. No. 8. Plaintiff was directed to file an amended complaint within twenty-eight days from the date the order was filed and advised that failure to respond would result in the dismissal of the action with prejudice for failure to state a claim without further notice to Plaintiff. *Id.* at 5.

　　The deadline, August 11, 2021, has long since passed, and Plaintiff has failed to file an amended complaint in the time provided. Accordingly, this action is **DISMISSED** with

prejudice for failure to state a claim. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: __September 20, 2021__

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.21\01524McCullom_dis-compl.

2