UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN L. MCCULLOM,<br><br>    Plaintiff,<br><br>    v.<br><br>GREGORY J. AHORN, et al.,<br><br>    Defendants. | Case No. 21-01524 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed the instant civil rights action with prejudice for failure to state a claim. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: _September 20, 2021___

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.21\01524McCullom_judgment